810

No. 155.   MICHIGAN NATIONAL BANK ET AL. *v.* MICH-
IGAN ET AL.   Appeal from the Supreme Court of Michigan.
Probable jurisdiction noted.   *Thomas G. Long* and *Victor
W. Klein* for Michigan National Bank, appellant.   *Paul
L. Adams,* Attorney General of Michigan, *Samuel J.
Torina,* Solicitor General, and *William D. Dexter,* Assist-
ant Attorney General, for appellees.

No. 91.   UNITED STATES *v.* FRUEHAUF ET AL.   Appeal
from the United States District Court for the Southern
District of New York.   Probable jurisdiction noted.
*Solicitor General Rankin, Assistant Attorney General
Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the
United States.   *Louis Nizer, Cyrus R. Vance, Mortimer
A. Sullivan, Albert C. Bickford, Charles Seligson, Albert I.
Schmalholz, Melvin Lloyd Robbins, Charles S. Burdell*
and *Donald McL. Davidson* for appellees.

No. 200.   LATHROP *v.* DONOHUE.   Appeal from the
Supreme Court of Wisconsin.   Further consideration of
the question of jurisdiction is postponed to the hearing of
the case on the merits.   Appellant *pro se.   John W.
Reynolds,* Attorney General of Wisconsin, and *Warren H.
Resh,* Assistant Attorney General, for appellee.

No. 164.   BURTON *v.* WILMINGTON PARKING AUTHOR-
ITY ET AL.   Appeal from the Supreme Court of Delaware.
Further consideration of the question of jurisdiction is
postponed to the hearing of the case on the merits.   *Louis
L. Redding* for appellant.   *Clair John Killoran* for the
Wilmington Parking Authority, appellee.